PETER H. AJEMIAN, ESQ., Nevada Bar No. 9491
pajemian@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants*
*Derby Spirits, LLC, Sami Omar,*
*and Jeffrey Tomastik*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SL INTERNATIONAL MANAGEMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DERBY SPIRITS, LLC; SAMI OMAR; and JEFFREY TOMASTIK, <br><br> Defendants. | CASE NO.: 2:19-cv-01148-RFB-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT** <br><br> **FIRST REQUEST** |

Defendants Derby Spirits, LLC, Sami Omar, and Jeffrey Tomastik ("Defendants"), by and through their counsel of record Peter H. Ajemian, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP; and Plaintiff SL International Management Company, Inc., ("Plaintiff") by and through its counsel of record Christian W. Liedtke, of ACUMINIS LLP, and David B. Barney, Esq., of the law firm of Sklar Williams PLLC, hereby stipulate and agree to the following:

1. Plaintiff filed their Complaint on July 1, 2019.

2. Defendants were properly served with the Complaint on July 30, 2019.

3. The current deadline for Defendants to respond to Plaintiff's Complaint is August 20, 2019.

4. The parties hereby stipulate and agree that the deadline for Defendants to answer the Complaint shall be extended by 10 days, until August 30, 2019.

5. This is the first request for an extension of this deadline.

19648040

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

5. This stipulation is made in good faith and is not sought for delay of the court proceedings or any improper purpose. The parties are actively engaged in settlement discussions, have executed a respective NDA, and hope to be able to resolve this dispute without the need for Defendants to answer.

7. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for Defendants to answer or otherwise respond to the Complaint up to and including August 30, 2019.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 19th day of August, 2019.<br><br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>BY: /s/ Peter H. Ajemian<br>PETER H. AJEMIAN, ESQ.<br>Nevada Bar No. 9491<br>pajemian@bhfs.com<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br><br>*Attorneys for Defendants*<br>*Derby Spirits, LLC; Sami Omar;*<br>*and Jeffrey Tomastik* | DATED this 19th day of August 2019.<br><br>ACUMINIS LLP<br><br>BY: Christian W. Liedtke<br>CHRISTIAN W. LIEDTKE<br>(admitted *pro hac vice*)<br>cw.liedtke@acuminis.biz<br>3420 Bristol Street, 6th Floor<br>Costa Mesa, CA 92626<br><br>DAVID B. BARNEY, ESQ.<br>dbarney@sklar-law.com<br>SKLAR WILLIAMS PLLC<br>410 South Rampart Boulevard, Suite 350<br>Las Vegas, NV 89145<br><br>*Attorneys for Plaintiff SL International*<br>*Management Company, Inc.* |

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: 8/21/19

_____
UNITED STATES DISTRICT COURT JUDGE

19648040