PETER H. AJEMIAN, ESQ., Nevada Bar No. 9491
pajemian@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants*
*Derby Spirits, LLC, Sami Omar,*
*and Jeffrey Tomastik*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SL INTERNATIONAL MANAGEMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DERBY SPIRITS, LLC; SAMI OMAR; and JEFFREY TOMASTIK, <br><br> Defendants. | CASE NO.: 2:19-cv-01148-RFB-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT** <br><br> **FIFTH REQUEST** |

Defendants Derby Spirits, LLC, Sami Omar, and Jeffrey Tomastik ("Defendants"), by and through their counsel of record Peter H. Ajemian, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP; and Plaintiff SL International Management Company, Inc., ("Plaintiff") by and through its counsel of record Christian W. Liedtke, of ACUMINIS LLP, and David B. Barney, Esq., of the law firm of Sklar Williams PLLC, hereby stipulate and agree to the following:

1. Plaintiff filed their Complaint on July 1, 2019.

2. Defendants were properly served with the Complaint on July 30, 2019.

3. The current deadline for Defendants to respond to Plaintiff's Complaint is October 28, 2019.

4. The parties hereby stipulate and agree that the deadline for Defendants to answer the Complaint shall be extended by 14 days, until November 11, 2019.

5. This is the fifth request for an extension of this deadline.

19895940

1

6. This stipulation is made in good faith and is not sought for delay of the court proceedings or any improper purpose. The parties have reached a settlement in principle, and are actively engaged in negotiating the precise terms of their agreement in order to finally resolve this dispute without the need for Defendants to answer.

7. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for Defendants to answer or otherwise respond to the Complaint up to and including November 11, 2019.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 28th day of October, 2019. | DATED this 28th day of October, 2019. |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | ACUMINIS LLP |
| BY: */s/ Peter H. Ajemian*<br>PETER H. AJEMIAN, ESQ.<br>Nevada Bar No. 9491<br>pajemian@bhfs.com<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br><br>*Attorneys for Defendants*<br>*Derby Spirits, LLC; Sami Omar;*<br>*and Jeffrey Tomastik* | BY: *Christian W. Liedtke*<br>CHRISTIAN W. LIEDTKE<br>(admitted *pro hac vice*)<br>cw.liedtke@acuminis.biz<br>3420 Bristol Street, 6th Floor<br>Costa Mesa, CA 92626<br><br>DAVID B. BARNEY, ESQ.<br>dbarney@sklar-law.com<br>SKLAR WILLIAMS PLLC<br>410 South Rampart Boulevard, Suite 350<br>Las Vegas, NV 89145<br><br>*Attorneys for Plaintiff SL International Management Company, Inc.* |

**IT IS SO ORDERED**         **ORDER**

**DATED:** 10/29/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101