# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SL International Management Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Derby Spirits, LLC, <br> Sami Omar, and <br> Jeffrey Tomastik, <br><br> Defendants. | CASE NO.: 2:19-cv-01148-RFB-BNW <br><br> **FINAL CONSENT JUDGMENT** |

Defendants Derby Spirits, LLC, Sami Omar, and Jeffrey Tomastik ("Defendants") and Plaintiff SL International Management Company, Inc., ("Plaintiff") consent and agree to the terms and conditions of this Final Consent Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391 and 1400(b).

2. At all relevant times, Plaintiff has been and still is, the owner of the entire right, title, and interest in and to United States Design Patent No. D544,361 (the "'361 patent").

3. The '361 patent is valid and enforceable.

4. The parties had a dispute over the '361 patent (the "Dispute").

5. The parties have settled the Dispute and the issue of damages, costs, and attorney fees.

/ / /

/ / /

/ / /

/ / /

6. Defendants advise that they affirmatively waive any and all rights to appeal this Final Consent Judgment.

**IT IS SO ORDERED.**

Dated: November 15, 2019

_____
Hon. Richard Franklin Boulware II
United States District Judge

APPROVED AS TO FORM:

DATED this 14th day of November, 2019.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

BY: */s/ Peter H. Ajemian*
PETER H. AJEMIAN, ESQ.
Nevada Bar No. 9491
pajemian@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants*
*Derby Spirits, LLC; Sami Omar;*
*and Jeffrey Tomastik*

DATED this 14th day of November, 2019.

ACUMINIS LLP

BY: */s/ Christian W. Liedtke*
CHRISTIAN W. LIEDTKE
(admitted *pro hac vice*)
cw.liedtke@acuminis.biz
3420 Bristol Street, 6th Floor
Costa Mesa, CA 92626

DAVID B. BARNEY, ESQ.
dbarney@sklar-law.com
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, NV 89145

*Attorneys for Plaintiff SL International*
*Management Company, Inc.*